THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORLANDO GUZMAN, Appellant. [979 NYS2d 550]—

Concur— Mazzarelli, J.P., Friedman, Renwick, Moskowitz and Richter, JJ.